

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Mark Trimble v. Federal National Mortgage Association

Appellate case number:   01-18-00911-CV

Trial court case number:  CV-0081892

Trial court:             County Court at Law No. 3 of Galveston County

      Appellant Mark Trimble's motion for rehearing is **denied**.


Justice's signature:  /s/ Gordon Goodman
                       Acting for the Court

Panel consists of: Chief Justice Radack and Justices Goodman and Countiss.


Date:  August 22, 2019